UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:22CR00306-01 DPM |
| | ) | |
| | ) | |
| EDWINA MARTIN | ) | DEFENDANT |

### **DEFENDANT'S MOTION FOR TEMPORARY MODIFICATION**

The Defendant, Edwina Martin, by and through her attorney, Molly Sullivan, and for her Motion for Temporary Modification states as follows:

1. On November 2, 2022, the Defendant was charged in a two count Indictment with one count of Extortion, in violation of 18 U.S.C. § 875(d), and one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a).

2. The Defendant appeared for Arraignment on November 17, 2022, pursuant to a summons, and was placed on conditions of release, pertinent here, electronic monitoring with a curfew- restricting her to her residence from 7:00 p.m. until 6:00 a.m.;

3. The Defendant has complied with all conditions of release thus far;

4. At this time, the Defendant is seeking temporary modification by extending her curfew until 9:00 p.m. today, Thursday, February 23, 2023, so that she may attend her daughter's recital for the "This is Us" Black History month performance at Little Rock Southwest Magnet High School (*see* Exhibit 1);

1

5. Assistant United States Attorney Kristin Bryant has been contacted and does not object;

6. The Defendant's supervising pretrial officer, United States Probation Office Alison Scrifres is fine with the temporary modification so long as the Court approves.

WHEREFORE, the Defendant, Edwina Martin, respectfully requests that this Court grant her Motion and for all other just and appropriate relief.

    Respectfully submitted,

    LISA G. PETERS
    FEDERAL DEFENDER

By:    Molly Sullivan
    Bar Number 2009-200
    Assistant Federal Defender
    The Victory Building, Suite 490
    1401 West Capitol Avenue
    Little Rock, AR 72201
    (501) 324-6113
    E-mail: Molly_Sullivan@fd.org

For:    Edwina Martin, Defendant